**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIAM CREASMAN, individually and                                      PLAINTIFF
for all other persons similarly situated

v.                         No. 4:10CV01656 JLH

AT&T MOBILITY, LLC                                                     DEFENDANT

## ORDER

      William Creasman has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In this instance, the opposing party has not filed either an answer or a motion for summary judgment. Therefore, this action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

      IT IS SO ORDERED this 6th day of December, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE